CGFD34 (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 08–24715–RBR

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Richard Blackwood
1621 NW 28 Ave
Ft. Lauderdale, FL 33311

SSN: xxx–xx–2874

## NOTICE OF CHAPTER 7 CASE CLOSED

## WITHOUT DISCHARGE

The trustee Soneet Kapila, having filed a final report that the estate has been fully administered, is discharged.

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management."

Under Local Rule 5010–1(G), if the debtor subsequently completes the financial management course requirement, the debtor may request entry of a discharge by filing a motion to reopen the case accompanied by the required reopening filing fee and by the Official Bankruptcy Form "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management."

**Dated: 2/19/09**

**CLERK OF COURT**
By: Susan Romano
Deputy Clerk

The clerk shall serve a copy of this order on all parties of record.